# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00077-CR

**Cornelius Cooks, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE 167TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-22-900045, THE HONORABLE DAYNA BLAZEY, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Cornelius Cooks has filed a motion to dismiss his appeal. The motion is signed by both appellant and his attorney. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id.*

_____

Thomas J. Baker, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellant's Motion

Filed: October 3, 2024

Do Not Publish